UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Viktor Novosel</u>

          v.                                   Case No. 10-cv-165-PB

<u>NH Department of Corrections, et al.</u>

<u>O R D E R</u>

    I treat the motion to amend as an objection to the report and recommendation, overrule the objection, and approve the report and recommendation of Magistrate Judge Landya B. McCafferty dated November 18, 2010.

    SO ORDERED.

December  3 , 2010                           <u>/s/ Paul Barbadoro</u>
                                                       Paul Barbadoro
                                                       United States District Judge

cc:     Viktor Novosel, Pro Se