UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Viktor Novosel

    v.                              Civil No. 10-cv-165-PB

William L. Wrenn et al.


**ORDER**

    Before the court is plaintiff Viktor Novosel's motion for a preliminary injunction (doc. no. 9), and the defendants' objection (doc. no. 13), including the exhibits attached thereto.  Novosel's motion is scheduled for a hearing on Wednesday, January 5, 2011.

    In their objection (doc. no. 13), defendants have contended that the New Hampshire State Prison ("NHSP") does not reject any mail on the basis of the language in which it is written, and has notified prisoners that mail without an inmate identification number will not be delivered.  Additionally, defendants assert that if there is a return address on the envelope, such mail will be returned to sender and marked as undeliverable due to the lack of an inmate number.  An affidavit

of NHSP Corporal Rodney Knieriemen states his belief that Novosel's brother's mail may have lacked a correct inmate number and a return address, if the mail was neither delivered to Novosel nor returned to his brother.  <u>See</u> Ex. B to Defs' Obj. (doc. no. 13-2).

So that this Court may, prior to the hearing, attempt to clarify and/or narrow the issues presented in this matter, Novosel is hereby directed to file a reply memorandum on or before January 4, 2011.  In his reply, Novosel should address the assertions in defendants' objection (doc. no. 13) and Knierieman's affidavit (doc. no. 13-2).

**SO ORDERED.**

/s/ Landya B. McCafferty
Landya B. McCafferty
United States Magistrate Judge

Date:     December 23, 2010

cc:       Victor Novosel, pro se
          Kristen A. Fiore, Esq.
          Matthew G. Mavrogeorge, Esq.

LBM:nmd