UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Viktor Novosel</u>

               v.                              Case No. 10-cv-165-PB

<u>NH Department of Corrections,</u>
<u> Commissioner</u>


<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated February 16, 2011.

    SO ORDERED.


July 1, 2011                                      /s/ Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge


cc:    Counsel of Record