```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

Viktor Novosel

   v.                                    Civil No. 10-cv-165-PB

Commissioner, New Hampshire
Department of Corrections


## NOTICE OF RULING

    Re:   Document No. 60

Ruling: Appellant's request to proceed in forma pauperis on appeal is granted, but pursuant to 28 U.S.C. § 1915, the filing fee must be paid as follows:

    The sum of $55.38 is due no later than March 12, 2012.
    In addition, monthly payments of 20% of each preceding
    month's income credited to the appellant's account
    shall be remitted by the Institution when the amount
    in the account exceeds $10.00 until the sum of $455.00
    has been paid.


                                                        /s/ Paul Barbadoro
                                                        Paul Barbadoro
                                                        District Judge

Date: February 10, 2012

cc:  Viktor Novosel, pro se
     Matthew Mavrogeorge, Esq.
     N.H. State Prison Inmate Accounts